UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>David Brown</u>

    v.                                                                Case No. 21-cv-716-JL

<u>FCI Berlin, Warden</u>

<u>ORDER</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone, dated March 23, 2022.

                                       _____
                                       Joseph N. LaPlante
                                       United States District Judge

Date: May 9, 2022

cc: David Brown, pro se